UNITED STATES of America, Plaintiff–Appellee

v.

Koy Wayne DODD, Defendant–Appellant.

No. 09–40661
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 12, 2010.

Randall Lynn Fluke, Assistant U.S. Attorney, U.S. Attorney's Office, Beaumont, TX, for Plaintiff–Appellee.

Frank Warren Henderson, Assistant Federal Public Defender, Federal Defender's Office, Beaumont, TX, for Defendant–Appellant.

Before BENAVIDES, PRADO and SOUTHWICK, Circuit Judges.

PER CURIAM: \*

The Federal Public Defender appointed to represent Koy Wayne Dodd has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Dodd has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous is-

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

sue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.